# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| WINFRED FIELDS,<br>    Petitioner,<br>v.<br>WARDEN HARRISON,<br>    Respondent. | Civ. No. 2:25-cv-02676-SHL-atc |

## ORDER DIRECTING CLERK TO SERVE 28 U.S.C. § 2241 PETITION AND DIRECTING RESPONDENT TO RESPOND TO PETITION

On June 30, 2025, Petitioner Winfred Fields, an inmate at the Federal Correctional Institution in Memphis, Tennessee, Bureau of Prisons register number 81687-479, filed a *pro se* petition under 28 U.S.C. § 2241 (the "§ 2241 Petition"). (ECF No. 2.) He filed a supplement to the § 2241 Petition on July 10, 2025. (ECF No. 6.) Fields paid the habeas filing fee on July 28, 2025. (ECF No. 7.)

It is **ORDERED** that the Clerk shall serve a copy of this Order and the § 2241 Petition, as supplemented, on Respondent by certified mail and shall provide a copy of this Order and the § 2241 Petition, as supplemented, to the United States Attorney for the Western District of Tennessee. Pursuant to Federal Rule of Civil Procedure 4(i), the Clerk shall also send copies of this Order and the § 2241 Petition, as supplemented, by certified mail to U.S. Attorney General Pamela Bondi and William K. Marshall III, Director of the Federal Bureau of Prisons.

It is **ORDERED** that Respondent shall file a response to the § 2241 Petition, as supplemented, within 28 days. Fields may, if he chooses, submit a reply to Respondent's Answer or response within 28 days of service. Fields may request an extension of time to reply if his motion is filed on or before the due date of his reply. The Court will address the merits of

the § 2241 Petition, as supplemented, or of any motion filed by Respondent, after the expiration of Fields' time to reply, as extended.

    **IT IS SO ORDERED** this 28th day of July, 2025.

                                      s/ Sheryl H. Lipman
                                      SHERYL H. LIPMAN
                                      CHIEF UNITED STATES DISTRICT JUDGE